UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

South Beach Securities, Inc.
                      Plaintiff,

v.                                        Case No.: 1:07−cv−06533
                                        Honorable Joan H. Lefkow

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 3, 2007:

      MINUTE entry before Judge Joan H. Lefkow :Brief in support of bankruptcy appeal is to be filed and served by 1/3/2008. Response is to be filed and served by 1/17/2008. Reply is to be filed and served by 1/24/2008. Ruling will issue by mail.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.