**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **SOUTH BEACH SECURITIES, INC.** | ) | CASE NO. 07-6533 |
| | ) | |
| Appellant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **WILLIAM T. NEARY, U.S. TRUSTEE** | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| Appellee | ) | |
| | ) | |

**NOTICE OF MOTION**

To:  See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, December 18, 2007, at 9:30 a.m.**, I shall appear before the Honorable Joan H. Lefkow, Judge of the United States District Court, Northern District of Illinois, in Courtroom 1925, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, or before any other Judge who may be sitting in her place and shall present and request an immediate hearing on a **MOTION TO CLARIFY BRIEFING ORDER,** a copy of which is attached and served on you.

 /S  Cameron M. Gulden
Cameron M. Gulden, Attorney
OFFICE OF THE UNITED STATES TRUSTEE
227 W. Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-2614

## CERTIFICATE OF SERVICE

I, Cameron M. Gulden, attorney, state that service of the **MOTION TO CLARIFY BRIEFING ORDER** on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the appended service list, I caused a copy to be sent via first class Mail to the addresses indicated before 5:00 p.m. on December 13, 2007.

/S   Cameron M. Gulden
Cameron M. Gulden, Attorney
OFFICE OF THE UNITED STATES TRUSTEE
227 W. Monroe Street, Suite 3350
Chicago, Illinois 60606
(312) 886-2614

**Parties Served Through the Court's Electronic Notice for Registrants**

Scott R. Clar  sclar@craneheyman.com
Louis D. Bernstein  lbernstein@muchshelist.com
Colleen E. McManus  cmcmanus@muchshelist.com
Gregory J. Jordan  gjordan@polsinelli.com

**Parties Served via First Class Mail**

South Beach Securities, Inc.
Leon Greenblatt III
330 South Wells, Suite No. 718
Chicago, IL 60606