# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number:  1:07-cv-06533

**South Beach Securities, Inc.**


**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Scattered Corporation

| |
|---|
| NAME (Type or print) <br><br> Colleen E. McManus |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ Colleen E. McManus |
| FIRM <br><br> MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS <br><br> 191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP <br><br> Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06243473 | TELEPHONE NUMBER <br><br> (312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐