**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

South Beach Securities, Inc.

                         Plaintiff,

v.                                       Case No.: 1:07−cv−06533
                                       Honorable Joan H. Lefkow

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

    MINUTE entry before Judge Joan H. Lefkow :Motion of the United States Trustee to clarify briefing order [6] is granted. The briefing schedule entered by this court on December 3, 2007 is vacated. This case is dismissed without prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.